A. SCHWOERER & SONS, INCORPORATED, Respondent, *v.* SYLVESTER ROSS, JR., Appellant.

*Schwoerer & Sons, Inc.*, v. *Ross*, 154 App. Div. 937, affirmed.
(Submitted February 3, 1915; decided February 25, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 1, 1913, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for an alleged breach of contract. ·

*Henry A. Ingraham* for appellant.

*Philip Cohen* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, MILLER and SEABURY, JJ.

LOUIS REICHENBACH et al., Appellants, *v.* HARRY KOTTLER, Respondent.

*Reichenbach* v. *Kottler*, 155 App. Div. 929, affirmed.
(Argued February 3, 1915; decided February 25, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 12, 1913, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover on an alleged contract.

*Walter E. Ernst* and *Irving L. Ernst* for appellants.

*J. Stewart Ross* for respondent.

Judgment affirmed, with costs, no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, MILLER and SEABURY, JJ.